UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA GALICZ,<br><br>                      Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                      Defendant. | Case No. 3:11-cv-06017-BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**.

    (2)    The matter is **REVERSED** and **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

    (3)    **JUDGMENT** is for plaintiff and the case should be closed.

DATED this 18th day of September, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER